ARMIDAS J. COTE *vs.* JUDGE OF SECOND DISTRICT COURT OF EASTERN MIDDLESEX.

Middlesex.    October 16, 1916. — October 20, 1916.

Present: RUGG, C. J., LORING, BRALEY, PIERCE, & CARROLL, JJ.

*Practice, Civil*, Appeal.    *Mandamus.*

No appeal lies from an order made by a single justice dismissing a petition for a writ of mandamus.

BY THE COURT. This petition for a writ of mandamus was dismissed by the single justice.*    The petitioner appealed.

No appeal lies from a decision of a justice of this court in a pro-

---

* *Crosby*, J.

ceeding at law. Alleged errors of law can be considered only on exceptions or by report. R. L. c. 173, § 96, as amended by St. 1906, c. 342, § 2, and St. 1910, c. 555, § 4. *Channell* v. *Judge of Central District Court of Northern Essex*, 213 Mass. 78.

It is not improper to add that manifestly no error of law is disclosed on this record.

*Order dismissing petition affirmed.*

The case was submitted on a brief by the plaintiff.

*A. J. Cote, pro se.*